IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: JOHN F. DOCHERTY |
| v. | U.S. MAGISTRATE JUDGE |
| Lance Tomas Mata, | Case No: 23-mj-814 JFD |
| Defendant. | Date: November 8, 2023 |
|  | Courthouse: St Paul |
|  | Courtroom: 6A |
|  | Time Commenced: 2:03 p.m. |
|  | Time Concluded: 2:11 p.m. |
|  | Time in Court: 8 minutes |

APPEARANCES:

    Plaintiff: Allen Slaughter, Assistant U.S. Attorney
    Defendant: Success Carter, Federal Public Defender Fellow
        X FPD      X To be appointed

X Advised of Rights

on    X Indictment and Violation of X Pretrial Release
X Date charges or violation filed: August 1, 2023
X Current Offense: Assault of an Intimate Partner by Strangulation and Suffocation; failure to appear
X **Charges from other District:** District of South Dakota
X Title and Code of underlying offense from other District: 18:1153 and 113(a)(8); 18:3146(a)(1) and 3146(b)(1)(A)(ii)
X Case no: 23-cr-10001 & 23-cr-10031

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Tuesday, November 14, 2023 at 11:30 a.m. before U.S. Magistrate Judge John F. Docherty in St. Paul CR 6A for:
X Detention hrg    X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                            *s/nah*
                                                           Signature of Courtroom Deputy